| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| CENTRAL DISTRICT OF CALIFORNIA |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Grit & Gravel, Inc.

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  
84-4879421

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1360 S. Figueroa St Unit D #409** | |
| **Los Angeles, CA 90015** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Los Angeles** | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  _____

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor **Grit & Gravel, Inc.**  Case number (*if known*) _____
    Name

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    __5621__

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

Debtor  **Grit & Gravel, Inc.**                                                              Case number (*if known*)
         Name

List all cases. If more than 1,
attach a separate list          Debtor  **Miranda Logistics Enterprise, Inc.**          Relationship    **Affiliate**

                                District  CENTRAL DISTRICT OF CALIFORNIA     When  12/17/2024    Case number, if known  24-20277

**11. Why is the case filed in *this district?***  *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard?
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other

**Where is the property?**
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes.   Insurance agency
           Contact name
           Phone

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**  *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Grit & Gravel, Inc.**
        Name

Case number (*if known*) _____

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/17/2024
             MM / DD / YYYY

X _____          Stephanie Miranda
  Signature of authorized representative of debtor    Printed name

  Title  CEO, Secretary, CFO

**18. Signature of attorney**

X _____          Date  12/17/2024
  Signature of attorney for debtor                  MM / DD / YYYY

  Sean A. O'Keefe 122417
  Printed name

  O'Keefe & Associates Law Corporation, P.C.
  Firm name

  26 Executive Park
  Suite 250
  Irvine, CA 92614
  Number, Street, City, State & ZIP Code

  Contact phone  (949) 334-4135    Email address  sokeefe@okeefelawcorporation.com

  122417 CA
  Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Grit & Gravel, Inc.** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **818 Trucking Inc**<br>1720 Warren St<br>San Fernando, CA 91340 | | Trucking Vendor | Disputed | | | $52,195.54 |
| **All State Trucking**<br>11702 Ridgegate Dr<br>Whittier, CA 90601 | | Trucking Vendor | Disputed | | | $35,592.73 |
| **Amill Trucking LLC**<br>14528 Avis Ave 5<br>Lawndale, CA 90260 | | Trucking Vendor | | | | $23,422.13 |
| **Arroyo & Sons Trucking**<br>7728 Lankershim Blvd<br>North Hollywood, CA 91605 | | Trucking Vendor | Disputed | | | $37,974.82 |
| **B & J Transportation**<br>8810 Standsbury Ave<br>Panorama City, CA 91402 | | Trucking Vendor | Disputed | | | $42,095.40 |
| **Cali Style Trucking Inc**<br>13525 Bromwich St<br>Arleta, CA 91331 | | Trucking Vendor | Disputed | | | $26,064.00 |
| **Clean Harbors Environmental**<br>PO Box 734867<br>Dallas, TX 75373 | | Supplier | | | | $673,491.12 |
| **Diverse Trucking**<br>26536 Fairgate Ave<br>Newhall, CA 91321 | | Trucking Vendor | Disputed | | | $21,372.29 |
| **First Choice Hauling**<br>13214 De Foe Ave<br>Sylmar, CA 91342 | | Trucking Vendor | Disputed | | | $26,790.60 |

Debtor **Grit & Gravel, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **LADWP** 2417 Daly St Los Angeles, CA 90031 | | **Supplier/Utilities** | | | | $26,466.01 |
| **Lalos Transportation** PO Box 340821 Arleta, CA 91334 | | **Trucking Vendor** | **Disputed** | | | $20,794.59 |
| **LB Trucking Services Inc** 1820 W Carson St 202 Torrance, CA 90501 | | **Trucking Vendor** | | | | $19,204.56 |
| **LEAF Commercial Capital** 1 Commerce Square 2005 Market St Fl 14 Philadelphia, PA 19103 | | **Financing Note Payable** | | | | $35,435.65 |
| **MCB TRUCKING** 10316 Sepulveda Blvd Ste 345 Mission Hills, CA 91345 | | **Trucking Vendor** | **Disputed** | | | $180,915.68 |
| **Mission Valley Bank** 9116 Sunland Blvd Sun Valley, CA 91352 | | **LOC Factoring** | **Contingent Disputed** | | | $2,471,501.83 |
| **Republic Services Inc** PO Box 713502 Dallas, TX 75267 | | **Supplier** | **Disputed** | | | $50,217.74 |
| **RPL Trucking** PO Box #4353 West Covina, CA 91791 | | **Trucking Vendor** | **Disputed** | | | $20,817.00 |
| **Tec Lopez** 140 E 120th St. # 3 Los Angeles, CA 90247 | | **Trucking Vendor** | **Disputed** | | | $20,482.54 |
| **Vulcan Materials** PO Box 385014 Birmingham, AL 35242 | | **Supplier** | | | | $112,485.93 |
| **West Coast Dirt Transport** 14417 Chase St #179 Panorama City, CA 91402 | | **Trucking Vendor** | **Disputed** | | | $77,752.10 |

Resolution of Board of Directors
of
**Grit & Gravel Inc.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Stephanie Miranda, Chief Executive Officer** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Stephanie Miranda, Chief Executive Officer** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Stephanie Miranda, Chief Executive Officer** of this Corporation is authorized and directed to employ **Sean A. O'Keefe**, attorney and the law firm of **O'Keefe and Associates Law Corporation, P.C.**, to represent the corporation in such bankruptcy case.

Date  12-13-24                    Signed _____

Date  12/13/24                    Signed _____

**United States Bankruptcy Court**
**Central District of California**

In re  **Grit & Gravel Inc.**

Debtor(s)

Case No. _____

Chapter  **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Stephanie Miranda**, declare under penalty of perjury that I am the **Chief Executive Officer** of **Grit & Gravel Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the __ day of __, 20__.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Stephanie Miranda, Chief Executive Officer** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Stephanie Miranda, Chief Executive Officer** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Stephanie Miranda, Chief Executive Officer** of this Corporation is authorized and directed to employ **Sean A. O'Keefe**, attorney and the law firm of **O'Keefe and Associates Law Corporation, P.C.**, to represent the corporation in such bankruptcy case."

Date  12-13-24

Signed  _Stephanie Miranda_

```
Grit & Gravel, Inc.
1360 S. Figueroa St Unit D #409
Los Angeles, CA 90015


Sean A. O'Keefe
O'Keefe & Associates Law Corporation, P.C.
26 Executive Park
Suite 250
Irvine, CA 92614


3LAKEs LLC
300 S Mountain Ave #1106
Upland, CA 91786


818 Trucking Inc
1720 Warren St
San Fernando, CA 91340


A&S Express Inc
1030 E Palmer Ave Unit 4
Glendale, CA 91205


A. Romero Logistic LLC
2047 1/2 E Cesar E Chavez Ave
Los Angeles, CA 90033


ABP Trucking Inc
667 Arroyo St
San Fernando, CA 91340


AKT Trucking
2359 Rustic Gate Way
Hacienda Heights, CA 91745
```

Alejandre Trucking
15718 Mission St
Hesperia, CA 92346


All State Trucking
11702 Ridgegate Dr
Whittier, CA 90601


Amill Trucking LLC
14528 Avis Ave 5
Lawndale, CA 90260


Arroyo & Sons Trucking
7728 Lankershim Blvd
North Hollywood, CA 91605


Arya Trucking
26801 Ashford
Mission Viejo, CA 92692


AZ Freeway Logistics Inc
1351 W 227th St # 6
Torrance, CA 90501


B & J Transportation
8810 Standsbury Ave
Panorama City, CA 91402


B and C Transportation
18960 Ventura Blvd #146
Tarzana, CA 91356

B&C Transportation
18960 Ventura Blvd #146
Tarzana, CA 91356


Bear Transport LLC
10949 Bartee Ave
Mission Hills, CA 91345


Blitz Trucking LLC
6212 Farmdale Ave
North Hollywood, CA 91606


BOP Trucking
2278 W. Orange Grove Ave
Pomona, CA 91768


Borjas Trucking
9618 E Ave S4
Little Rock, CA 93543


BP Trucking
667 Arroyo St
San Fernando, CA 91340


Cali Style Trucking Inc
13525 Bromwich St
Arleta, CA 91331


Canales Trucking
1204 W Pacific Coast Hwy
Wilmington, CA 90744

```
Clean Harbors Environmental
PO Box 734867
Dallas, TX 75373


Coronel Trucking
601 N Workman St
San Fernando, CA 91340


Costa Sur Enterprises, Inc
8812 Birchleaf Ave
Downey, CA 90240


D. Diaz Trucking
3112 E Avenue S-4
Palmdale, CA 93550


Diverse Trucking
26536 Fairgate Ave
Newhall, CA 91321


E and S Remodeling Inc.
10972 Bartee Ave
Mission Hills, CA 91345


Ed and Lil's Trucking
PO Box 3534
Winnetka, CA 91396


EH Trucking Inc
PO Box 941404
Arleta, CA 91334
```

Epic Level, LLC
4850 W Slauson Ave
Los Angeles, CA 90056


Etzatlan Trucking
13706 Astoria st
Sylmar, CA 91342


F&J Trucking LLC
9514 Juniper St
Los Angeles, CA 90002


FER'S TRUCKING
10950 Saticoy St Unit 23
Sun Valley, CA 91357


First Choice Hauling
13214 De Foe Ave
Sylmar, CA 91342


Floss Transportation Inc
355 S Grand Ave Ste 2450
Los Angeles, CA 90071


GNH Truckline
8751 Encino Ave
Northridge, CA 91325


Golden 8 Transportation Inc.
6927 Forbes Ave
Van Nuys, CA 91406

Granados Trucking  
11872 9th st  
Garden Grove, CA 92840

Great American Eagle  
17333 valley blvd SPC 111  
Fontana, CA 92335

H&M Trucking  
13525 Vanowen St APT 102  
Van Nuys, CA 91405

HDO Express INC  
20021 Kittridge St  
Winnetka, CA 91306

HDZ Backhoe Construction  
10101 Anzac  
Los Angeles, CA 90002

Insane Trucking  
6924 Woodman Ace #101  
Van Nuys, CA 91405

J Monterroso Trucking  
160 W Gage Ave  
Los Angeles, CA 90003

J&J ORTEGA TRUCKING , LLC  
8504 Firestone Blvd #271  
Downey, CA 90241

```
J.Z Trucking
10016 San Fernando Rd
Pacoima, CA 91331


JD & Sons Trucking LLC
37753 Smoke Tree St
Palmdale, CA 93552


JPM Trucking, Inc.
13216 Foothill Blvd
Sylmar, CA 91342


JPRST & Companies
931 S Oak
Santa Ana, CA 92701


LADWP
2417 Daly St
Los Angeles, CA 90031


Lalos Transportation
PO Box 340821
Arleta, CA 91334


LB Trucking Services Inc
1820 W Carson St 202
Torrance, CA 90501


LEAF Commercial Capital
1 Commerce Square
2005 Market St Fl 14
Philadelphia, PA 19103
```

London Enterprise  
778 W 14th St Apt 1  
San Pedro, CA 90731

LOS MORALES TRUCKING INC  
936 E Slauson Ave  
Los Angeles, CA 90011

LOS ORELLANAS TRUCKING  
11910 Bollis Rd  
Lynwood, CA 90262

M.A Perez  
3713 Hill St  
Huntington Park, CA 90255

Maximus Freight Solutions LLC  
16902 Belforest Dr  
Carson, CA 90746

MCB TRUCKING  
10316 Sepulveda Blvd Ste 345  
Mission Hills, CA 91345

MHG  
13036 Willard St  
North Hollywood, CA 91605

Mission Valley Bank  
9116 Sunland Blvd  
Sun Valley, CA 91352

Mission Valley Bank
2777 N Ontario St
Ste 115
Burbank, CA 91504


Monzon and Son Enterprises Inc
2880 Norton Ave
Lynwood, CA 90262


MYD Trucking
38953 2nd St E
Palmdale, CA 93550


New Horizon Demolition
13254 Maclay St
Slymar, CA 91342


NH Hauling
13254 Maclay St
Slymar, CA 91342


Persepolis Trucking
17817 Magnolia Blvd #21
Encino, CA 91316


Pirate Trucking
6364 Burnett Court
Ventura, CA 93003


R&D Calderon
16019 S Ainsworth St
Gardena, CA 90247

```
Republic Services Inc
PO Box 713502
Dallas, TX 75267


RPL Trucking
PO Box #4353
West Covina, CA 91791


Rudy's RRA Trucking Inc
10547 E Ave S6
Littlerock, CA 93543


Safety Way Trans Inc.
7710 Via Napoli
Burbank, CA 91504


SAUCEDO TRUCKING INC   JSR TRUCKING
8749 Tobias Ave Apt14
Panorama City, CA 91402


Scooby Doo Transportation LLC
7220 10th Ave
Los Angeles, CA 90043


SoCal Transportation Inc
703 Orange Grove Ave apt 3
Glendale, CA 91205


SPR Logistics
554 Crooked Arrow Drive
Diamond Bar, CA 91765
```

```
SQ 1 Trucking
616 E Imperial Hwy
Los Angeles, CA 90059


SS Trucking
PO Box 920423
Sylmar, CA 91392


Stockdale Ranch Logistics, LLC
10702 Iron Creek Ave
Bakersfield, CA 93312


Sunline Transport
8018 Irvine Ave
North Hollywood, CA 91605


Superdumps LLC
11100 Sepulveda Blvd #8-218
Mission Hills, CA 91345


Tec Lopez
140 E 120th St. # 3
Los Angeles, CA 90247


Unified Truckers Inc
10330 Glade Ave
Chatsworth, CA 91311


Vulcan Materials
PO Box 385014
Birmingham, AL 35242
```

```
West Coast Dirt Transport
14417 Chase St #179
Panorama City, CA 91402
```